CRIMINAL LAW (§ 1094*)—APPEAL—RECORD.
   A conviction, though based on conflicting evidence, must be affirmed, where there were no bills of exception and there was no complaint of the charges given, and no charges were requested.
   [Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2807, 3204; Dec. Dig. § 1094.*]

Appeal from District Court, Armstrong County; James N. Browning, Judge.

T. S. Mitchell was convicted of aggravated assault, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was indicted by the grand jury of Potter county charged with assault to murder. The venue was changed to Armstrong county, and when tried appellant was convicted of aggravated assault, and his punishment assessed at a fine of $500 and imprisonment in the county jail for one year.

The evidence is uncontradicted that appellant shot at one W. E. Brown three times, he claiming that Brown had killed his brother, and, when he first saw Brown, Brown threw his hand to his hip pocket like he was going to draw a pistol, when he, appellant, fired, and continued to shoot until Brown got out of sight. The court not only charged the jury on assault to murder and aggravated assault, but submitted the issue of self-defense in a way not complained of by appellant.

While the evidence was conflicting, the testimony offered in behalf of the state will support the verdict; and there being no bills of exception and no charges requested, and no complaint of the charge as given, the judgment will be affirmed.

---

## BROWN v. STATE.

(Court of Criminal Appeals of Texas. June 27, 1913.)

CRIMINAL LAW (§ 1090*) — APPEAL — STATEMENT OF FACTS—BILL OF EXCEPTIONS—REVIEW.
   In the absence of a statement of facts or bill of exceptions, the denial of a motion for new trial for want of evidence to support a conviction cannot be revised on appeal.
   [Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from Dallas County Court at Law; W. F. Whitehurst, Judge.

D. M. Brown was convicted of crime, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This record is before us without any statement of facts or bill of exceptions. The case was submitted to the court; a jury being waived by appellant. The only ground of the motion for new trial is the want of sufficient evidence to support the judgment. There is nothing in this to revise.

The judgment will therefore be affirmed.